NUMBER 13-07-157-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


JOHN VALDEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, John Valdez, attempts to appeal a conviction for possession of
methamphetamine. The trial court has certified that "this is a plea bargain case, and the
defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On June 28, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification. Counsel failed to respond, and accordingly, we
abated and remanded this matter to the trial court for a hearing to determine why counsel
has failed to comply with this Court's order. In response, the trial court has provided the
Court with an additional copy of the certification of appellant's right to appeal, showing that
appellant has no right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
DISMISSED. Any pending motions are denied as moot.

 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this the 15th day of November, 2007.